IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:18-cv-03032 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IGNACIO T. VERA, JOSEFINA B. VERA, PREMIER PLASTERING SUPPLY LTD., JESUS VERA and EXPERANZA L. Vera, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

### UNITED STATES' COMPLAINT

The Plaintiff, United States of America, pursuant to 26 U.S.C. §§ 7401 and 7402(a), with the authorization of a delegate of the Secretary of the Treasury and at the direction of a delegate of the Attorney General of the United States, files this complaint against Defendants, Ignacio T. Vera, Josefina B. Vera, Premier Plastering Supply Ltd., Jesus Vera, and Esperanza L. Vera, to reduce to judgment certain unpaid federal income tax liabilities of Ignacio T. Vera and Josefina B. Vera, and to foreclose federal tax liens against, and sell, certain property located in Montgomery County, Texas.  In support of this action, the United States alleges as follows:

### Jurisdiction and Venue

1.      Jurisdiction over this action is conferred upon this Court under 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a) and 7403(c).

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1396.

1

## Parties

3.      Defendant, Ignacio T. Vera, resides in Conroe, Texas, which is within the jurisdiction of this Court.

4.      Defendant, Josefina B. Vera, resides in Conroe, Texas, which is within the jurisdiction of this Court.

5.      Defendant, Premier Plastering Supply Ltd., is a party pursuant to 26 U.S.C. § 7403(b) as an entity that may claim an interest in the real property against which the United States seeks to foreclose its federal tax lien.

6.      Defendant, Jesus Vera is a party pursuant to 26 U.S.C. § 7403(b) as a person that may claim an interest in the real property against which the United States seeks to foreclose its federal tax lien.

7.      Defendant, Esperanza L. Vera is a party pursuant to 26 U.S.C. § 7403(b) as a person that may claim an interest in the real property against which the United States seeks to foreclose its federal tax lien

## Count I – Action for Judgment against the Veras on Tax Liability

8.      A delegate of the Secretary of the Treasury assessed against, and gave notice and demand for payment to Defendant, Ignacio T. Vera for income (Form 1040) taxes, penalties, interest, and statutory additions on the dates and for the periods as follows:

| Tax Year | Date of Assessment | Assessed Tax Amounts | Amount Due With Accruals Through 07/16/2018 |
|---|---|---|---|
| 2002 | 09/08/2009 | $48,771 | $110,535.41 |
| 2003 | 09/08/2009 | $110,094 | $301,122.13 |
| 2004 | 09/08/2009 | $3,698 | $9,654.14 |
| TOTAL | | | $421,311.68 |

Certificates of Assessments, Payments and Other Specified Matters and Transcripts of Accounts related to the above tax liabilities are attached to the Complaint as Exhibits 1 and 2.

9.      Despite such notice and demand, Ignacio T. Vera has failed, neglected, or refused to fully pay the liabilities described in paragraph 8.  Accordingly, the United States is entitled to a judgment that Defendant, Ignacio T. Vera is liable and indebted to the United States in the amount of $421,311.68, plus prejudgment and post-judgment interest at the rates set forth in 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961(c) from July 16, 2018, until paid.

10.      A delegate of the Secretary of the Treasury assessed against, and gave notice and demand for payment to Defendants, Ignacio T. Vera and Josefina B. Vera for joint income (Form 1040) taxes, penalties, interest, and statutory additions on the dates and for the periods as follows:

| Tax Year | Date of Assessment | Assessed Tax Amounts | Amount Due With Accruals Through 07/16/2018 |
|---|---|---|---|
| 2005 | 04/16/2012 | $1,529 | $3,213.94 |
| 2006 | 09/08/2009 | $10,624 | $20,425.00 |
| 2007 | 04/23/2012 | $1,487 | $2,411.45 |
| 2008 | 04/30/2012 | $1,758 | $1,728.09 |
| TOTAL | | | $27,778.48 |

Certificates of Assessments, Payments and Other Specified Matters and Transcripts of Accounts related to the above tax liabilities are attached to the Complaint as Exhibits 1 and 2.

11.      Despite such notice and demand, Ignacio T. Vera and Josefina B. Vera have failed, neglected, or refused to fully pay the liabilities described in paragraph 10.  Accordingly, the United States is entitled to a judgment that Defendants, Iganacio T. Vera and Josefina B. Vera are liable and indebted to the United States in the amount of $27,778.48, plus prejudgment

and post-judgment interest at the rates set forth in 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961(c) from July 16, 2018, until paid.

### Count II - Foreclose Tax Liens Against Property

12.    Defendants, Ignacio T. Vera and Josefina B. Vera are the owners of the following real property located at 19347 Pickering Road, Conroe, Texas 77302 and described as follows:

> All that certain tract or parcel of land, together with all improvements thereon, being 120 feet by 142 feet out of and a part of the MILTON ROBERTSON SURVEY, ABSTRACT 445, Montgomery County, Texas, and being out of and a part of that 40 acre tract conveyed to Lanis M. Thompson, et al, by Cam Harrell, Trustee, by Deed dated August 26, 1960, recorded in Volume 487, Page 108, Deed Records of Montgomery County, Texas; said 120' x 142' tract being described by metes and bounds as follows, to wit:

> BEGINNING at a point on the S.B.L. of said 40 acre tract at a point 420 feet East of a concrete monument marking the Southeast corner of that 20 acre tract, conveyed to the Veterans' Land Board of Texas by Deed recorded in Volume 521, Page 10, Deed Records of Montgomery County, Texas;

> THENCE North 00 deg. 19" W. 142 feet, a stake for corner;
> THENCE East 120 feet, a stake for corner
> THENCE SOUTH 00 deg. 19' East 142 feet to the S.B.L. of said 40 acre tract, being the N.B.L. of a County Road;
> THENCE West 120 feet along the S.B.L. of the 40 acre tract and the N.B.L. of the County Road to the Place of BEGINNING.

13.    The United States recorded Notices of Federal Tax Liens against Defendant, Ignacio T. Vera with respect to the Form 1040 assessments described in paragraphs 8 and 10 for the tax years 2002, 2003, 2004 and 2006 in the real property records of Montgomery County, Texas, on July 15, 2009.  The United States recorded Notices of Federal Tax Liens against Defendants, Ignacio T. Vera and Josefina B. Vera with respect to the Form 1040 assessments described in paragraph 10 for the tax years 2005, 2007 and 2008 in the real property records of Mongomery County, Texas, on June 25, 2012 for the tax year 2005, on June 26, 2012 for the tax

year 2007, and on August 7, 2012 for the tax year 2008. A copy of the Notices of Federal Tax Liens are attached as Exhibit 3.

14.     As the tax assessments remain unpaid, the federal tax liens should be foreclosed against Defendants, Ignacio T. Vera and Josefina B. Veras' interest in the real property described in paragraph 12 above.  Additionally, that real property should be ordered sold free and clear of any rights, titles, liens, claims, or interests of any of the parties to this action with the proceeds of the sale being paid first to the costs of the sale and then to the parties in the order of their priority of interest in the property.

### Count III – Federal Debt Collection Procedure Act Surcharge

15.     28 U.S.C. § 3011 authorizes the United States to recover a surcharge of 10% of the amount of the debt in the event the United States avails itself of the pre-judgment or post judgment relief as set forth in Subchapter B or C of the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 *et. seq.*  Congress provided this surcharge to cover the cost of processing and handling the litigation and enforcement debts owed to the United States.

WHEREFORE, the Plaintiff, United States of America prays that:

a)      The Court enter judgment in favor of Plaintiff, United States of America and against Defendant, Ignacio T. Vera for his unpaid income tax liability and accruals for the taxable years 2002 through 2008, in the amount of $449,090.16, plus prejudgment and post-judgment interest at the rates set forth in 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c) from July 16, 2018, until paid;

b)      The Court enter judgment in favor of Plaintiff, United States of America and against Defendant, Josefina B. Vera for her unpaid income tax liability and accruals for the taxable years 2005, 2006, 2007 and 2008, in the amount of

$27,778.48, plus prejudgment and post-judgment interest at the rates set forth in 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c) from July 16, 2018, until paid;

c) Determine that the United States has valid and subsisting federal tax liens that arose with the assessments described in paragraphs 8 and 10, above, and which attached to all of the property and rights to property of Defendants, Ignacio T. Vera and Josefina B. Vera, including, their interest in the real property described in paragraph 12, above;

d) Determine the priority of the interests of the parties in the real property described in paragraph 12, above;

e) Order that the United States' federal tax liens be foreclosed upon the real property described in paragraph 12, above, that the property be sold free and clear of any rights, titles, liens, claims, or interests of any of the parties to this action, and that the net proceeds of the sale be distributed to the parties in the order of their priority of interest in the property;

f) Order that, if the amounts distributed to the United States from the net proceeds of the sale of the real property described in paragraph 12 above are insufficient to satisfy fully the above-described tax liabilities, the United States have judgment for the deficiency against Defendants, Iganacio T. Vera and Josefina B. Vera; and

g) Award the United States such other and further relief as this Court deems just and proper, including judgment for an amount equal to its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

6

RYAN K. PATRICK
United States Attorney

/s/ Stephanie M. Page
STEPHANIE M. PAGE
Attorney, Tax Division
State Bar No. 13428240
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214-880-9749
214-880-9741
Stephanie.M.Page@usdoj.gov

ATTORNEYS FOR THE UNITED STATES



**United States** of America

**Department of the Treasury
Internal Revenue Service**

Date: July 25, 2018

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   Is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Ignacio T. Vera, Social Security Numbers: ~~Redacted~~ 3387 and ~~Redacted~~ 3250, respectively, covering United States Individual Income Tax Return Form: 1040 for the period ending December 31, 2002, consisting of 4 pages.

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



**Rosemarie Young
Chief, Accounting Operations**

> Government
> Exhibit
> 1

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

IGNACIO T VERA                        EIN/SSN:  Redacted 5387
                                                         3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | ADJUSTED GROSS INCOME 130,337.00 | | | |
| | TAXABLE INCOME 116,487.00 | | | |
| | SELF EMPLOYMENT TAX 14,208.00 | | | |
| 01-14-2005 | SUBSTITUTE FOR RETURN 49210-888-00000-5 | | 0.00 | 02-07-2005 |
| | ESTIMATED TAX PENALTY 20083508 | 1,629.79 | | 09-08-2008 |
| | LATE FILING PENALTY 20083508 | 8,671.97 | | 09-08-2008 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20110820 49247-631-00282-8  20083508 | 48,771.00 | | 09-08-2008 |
| | INTEREST ASSESSED 20083508 | 23,778.68 | | 09-08-2008 |
| | FAILURE TO PAY TAX PENALTY 20083508 | 12,192.75 | | 09-08-2008 |
| 08-13-2008 | AMENDED RETURN FILED 49277-628-04079-8 | | | |
| 05-18-2009 | CDP LEVY NOTICE ISSUED | | | |
| 07-03-2009 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 07-27-2009 | FEES AND COLLECTION COSTS | | 64.00 | |

FORM 4340  (REV. 01-2002)            PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---------------------------------------------------------------------

IGNACIO T VERA                         EIN/SSN: Redacted 5387
                                                         3258

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 07-09-2009 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 09-25-2009 | | | | |
| 04-15-2011 | OVERPAID CREDIT APPLIED 1040        201012 | | 1,911.78 | |
| 01-21-2012 | AMENDED RETURN FILED 89277-462-06121-2 | | | |
| 04-02-2012 | CLAIM DISALLOWED 49254-469-98100-2 | | | |
| 05-31-2012 | AMENDED RETURN FILED 89277-619-01349-2 | | | |
| 09-18-2012 | | | | |
| 09-08-2008 | LATE FILING PENALTY ABATED | 2,301.51- | | |
| | LATE FILING PENALTY 20083508 | 2,301.51 | | 09-08-2008 |
| 05-19-2014 | PRIOR TAX ABATED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER ASED 20110820 | 9,206.00- | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

IGNACIO T VERA                    EIN/SSN:  Redacte 3387
                                           3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2002


|  | | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE |
|  |  | (REVERSAL) | (REVERSAL) |  |
| --- | --- | --- | --- | --- |
| 05-19-2014 | FAILURE TO PAY TAX PENALTY ABATED |  | 2,301.50- |  |
| 03-09-2017 | INITIAL LEVY ISSUED |  |  |  |
| 04-19-2004 | Taxpayer Deliquency Notice |  |  |  |
| 06-14-2004 | Taxpayer Deliquency Notice |  |  |  |
| 09-08-2008 | Statutory Notice of Balance Due |  |  |  |
| 01-19-2009 | Notice of Balance Due |  |  |  |
| 02-23-2009 | Statutory Notice of Intent to Levy |  |  |  |
| 05-19-2014 | Statutory Notice of Balance Due |  |  |  |


FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

IGNACIO T VERA                          EIN/SSN:  Redacted 2387
                                                           3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002
--------------------------------------------------------------------------------


BALANCE        81,688.91

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME: _____Rosemarie Young_____

TITLE: _____Chief, Accounting Operations_____

DELEGATION ORDER: _____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 07/25/2018

FORM 4340  (REV. 01-2002)              PAGE    4



**United States of America**

### Department of the Treasury
### Internal Revenue Service

Date: **July 25, 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Ignacio T. Vera, Social Security Numbers: Redacted 3387 and Redacted 3250, respectively, covering United States Individual Income Tax Return Form: 1040 for the period ending December 31, 2003, consisting of 3 pages.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Rosemarie Young
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

IGNACIO T VERA                    EIN/SSN:  Redacte 3387
                                           3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005


|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE |
|  |  | (REVERSAL) | (REVERSAL) |  |

--------------------------------------------------------------------------------

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
|  | ADJUSTED GROSS INCOME |  |  |  |
|  | 300,200.00 |  |  |  |
|  | TAXABLE INCOME |  |  |  |
|  | 295,450.00 |  |  |  |
|  | SELF EMPLOYMENT TAX |  |  |  |
|  | 19,083.00 |  |  |  |
| 02-12-2008 | SUBSTITUTE FOR RETURN | 0.00 |  | 03-03-2008 |
|  | 49210-888-00000-8 |  |  |  |
|  | ESTIMATED TAX PENALTY | 2,840.57 |  | 09-08-2008 |
|  | 20083508 |  |  |  |
|  | LATE FILING PENALTY | 24,771.15 |  | 09-08-2008 |
|  | 20083508 |  |  |  |
|  | ADDITIONAL TAX ASSESSED | 110,094.00 |  | 09-08-2008 |
|  | BY EXAMINATION |  |  |  |
|  | AUDIT DEFICIENCY PER |  |  |  |
|  | DEFAULT OF 90 DAY LETTER |  |  |  |
|  | ASED 20110820 |  |  |  |
|  | 49247-631-00283-8  20083508 |  |  |  |
|  | INTEREST ASSESSED | 45,365.04 |  | 09-08-2008 |
|  | 20083508 |  |  |  |
|  | FAILURE TO PAY TAX | 27,523.50 |  | 09-08-2008 |
|  | PENALTY |  |  |  |
|  | 20083508 |  |  |  |
| 08-13-2008 | AMENDED RETURN FILED |  |  |  |
|  | 49277-628-04077-8 |  |  |  |
| 05-18-2009 | CDP LEVY NOTICE ISSUED |  |  |  |
| 07-03-2009 | NOTICE OF FEDERAL TAX |  |  |  |
|  | LIEN FILED |  |  |  |
| 07-09-2009 | LIEN FILING COLLECTION |  |  |  |
|  | DUE PROCESS NOTICE ISSUED |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

IGNACIO T VERA                          EIN/SSN:  Redacted 5387
                                                  3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2003


|      |                             | ASSESSMENT, | PAYMENT, | ASSESSMENT |
|------|-----------------------------|-------------|----------|------------|
| DATE | EXPLANATION OF TRANSACTION  | OTHER DEBITS | CREDIT  | DATE       |
|      |                             | (REVERSAL)  | (REVERSAL) |          |

-------------------------------------------------------------------------

09-25-2009

01-21-2012 AMENDED RETURN FILED
           89277-462-05439-2

04-02-2012 CLAIM DISALLOWED
           49254-469-98101-2

05-31-2012 AMENDED RETURN FILED
           89277-619-00716-2

09-04-2012

05-31-2012 AMENDED RETURN FILED
           89277-650-57132-2

09-18-2012

           ADDITIONAL TAX ASSESSED                 0.00          09-02-2013
           89254-626-09563-3  20133305

03-09-2017 INITIAL LEVY ISSUED

09-08-2008 Statutory Notice of Balance Due

01-19-2009 Notice of Balance Due

02-23-2009 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)            PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

IGNACIO T VERA                          EIN/SSN: Redacte 3387
                                                        3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2003
------------------------------------------------------------------------


BALANCE          210,594.26

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:_____Rosemarie Young_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 07/25/2018

FORM 4340  (REV. 01-2002)          PAGE    3

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: July 25, 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Ignacio T. Vera, Social Security Numbers: Redacted 3387 and Redacted 3250, respectively, covering United States Individual Income Tax Return Form: 1040 for the period ending December 31, 2004, consisting of 4 pages.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Rosemarie Young
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

IGNACIO T VERA                    EIN/SSN: Redacted 4587
                                           3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|----------------|----------------|----------------|
| | ADJUSTED GROSS INCOME 17,376.00 | | | |
| | TAXABLE INCOME 9,426.00 | | | |
| | SELF EMPLOYMENT TAX 2,642.00 | | | |
| 02-12-2008 | SUBSTITUTE FOR RETURN 49210-888-00000-8 | 0.00 | | 03-03-2008 |
| | ESTIMATED TAX PENALTY 20083508 | 106.00 | | 09-08-2008 |
| | LATE FILING PENALTY 20083508 | 832.05 | | 09-08-2008 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20110820 49247-631-00284-8  20083508 | 3,698.00 | | 09-08-2008 |
| | INTEREST ASSESSED 20083508 | 1,241.25 | | 09-08-2008 |
| | FAILURE TO PAY TAX PENALTY 20083508 | 758.09 | | 09-08-2008 |
| 08-13-2008 | AMENDED RETURN FILED 49277-628-04074-8 | | | |
| 05-18-2009 | CDP LEVY NOTICE ISSUED | | | |
| 07-03-2009 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 07-09-2009 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

IGNACIO T VERA                          EIN/SSN:  ▓Redacte▓ 3387
                                                         3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC   2004


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|

--------------------------------------------------------------------------------

09-25-2009

01-21-2012 AMENDED RETURN FILED
           89277-462-06831-2

04-02-2012 CLAIM DISALLOWED
           49254-469-98102-2

05-31-2012 AMENDED RETURN FILED
           89277-619-01350-2

09-04-2012

05-31-2012 AMENDED RETURN FILED
           89277-650-57131-2

09-18-2012

05-22-2006 Taxpayer Deliquency Notice

07-17-2006 Taxpayer Deliquency Notice

09-08-2008 Statutory Notice of Balance Due

01-19-2009 Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

IGNACIO T VERA                          EIN/SSN: Redacted 5387
                                                 3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2004


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 02-23-2009 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)            PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

**IGNACIO T VERA**

EIN/SSN: Redacted 3387
3250

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2004

----------------------------------------------------------------------

BALANCE        6,635.39

----------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:    Rosemarie Young

TITLE:    Chief, Accounting Operations

DELEGATION ORDER:    WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

    ACCOUNT STATUS DATE 07/25/2018

FORM 4340  (REV. 01-2002)        PAGE    4

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: **July 25, 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Ignacio Vera and Josefina Bandera Ver, Social Security Numbers: Redacted 3387 and Redacted 3250, respectively, covering United States Individual Income Tax Return Form: 1040 for the period ending December 31, 2005, consisting of 3 pages.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

**Rosemarie Young**
**Chief, Accounting Operations**

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

IGNACIO VERA & JOSEFINA BANDERA VER    **EIN/SSN:** Redacted 3387
                                                       3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | ADJUSTED GROSS INCOME 10,054.00 | | | |
| | SELF EMPLOYMENT TAX 1,529.00 | | | |
| 01-21-2012 | RETURN FILED & TAX ASSESSED 18221-049-03245-2  201214 | 1,529.00 | | 04-16-2012 |
| 04-15-2006 | EARNED INCOME CREDIT | | 281.00 | |
| | ESTIMATED TAX PENALTY 20121405 | 50.00 | | 04-16-2012 |
| | LATE FILING PENALTY 20121405 | 280.80 | | 04-16-2012 |
| | FAILURE TO PAY TAX PENALTY 20121405 | 312.00 | | 04-16-2012 |
| | INTEREST ASSESSED 20121405 | 578.87 | | 04-16-2012 |
| 06-18-2012 | CDP LEVY NOTICE ISSUED | | | |
| 06-18-2012 | CDP LEVY NOTICE ISSUED | | | |
| 06-22-2012 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 07-16-2012 | FEES AND COLLECTION COSTS | 128.00 | | |
| 06-26-2012 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| 05-31-2012 | AMENDED RETURN FILED 89277-617-89940-2 | | | |

FORM 4340  (REV. 01-2002)          PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

IGNACIO VERA & JOSEFINA BANDERA VER    **EIN/SSN:**  Redacted 3387
                                                             3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
------------------------------------------------------------------------

09-04-2012

05-31-2012 AMENDED RETURN FILED
           89277-650-57130-2

09-18-2012

           ADDITIONAL TAX ASSESSED                    0.00        03-03-2014
           89254-441-07826-4  20140705

03-09-2017 INITIAL LEVY ISSUED

04-17-2017 INITIAL LEVY ISSUED

04-16-2012 Statutory Notice of Balance Due

05-07-2012 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)          PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

IGNACIO VERA & JOSEFINA BANDERA VER      EIN/SSN: Redacted 3387
                                                          3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005
--------------------------------------------------------------------------------


BALANCE        2,597.67

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:____Rosemarie Young_____

TITLE:____Chief, Accounting Operations_____

DELEGATION ORDER:____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 07/25/2018

FORM 4340  (REV. 01-2002)            PAGE   3

# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: **July 25, 2018**

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   Is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Ignacio T. Vera and Josefina Bandera V, Social Security Numbers: Redacted-3387 and Redacted 3250, respectively, covering United States Individual Income Tax Return Form: 1040 for the period ending December 31, 2006, consisting of 4 pages.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Rosemarie Young
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

IGNACIO T VERA & JOSEFINA BANDERA V     EIN/SSN: Redacted 5387
                                                         3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| | ADJUSTED GROSS INCOME 54,298.00 | | | |
| | TAXABLE INCOME 37,398.00 | | | |
| | SELF EMPLOYMENT TAX 5,060.00 | | | |
| 02-12-2008 | SUBSTITUTE FOR RETURN 49210-888-00000-8 | 0.00 | | 03-03-2008 |
| | ESTIMATED TAX PENALTY 20083508 | 451.61 | | 09-08-2008 |
| | LATE FILING PENALTY 20083508 | 1,986.22 | | 09-08-2008 |
| 04-15-2007 | WITHHOLDING CREDIT | | 973.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20110820 49247-631-00285-8  20083508 | 10,624.00 | | 09-08-2008 |
| 09-08-2008 | RENUMBERED RETURN 49247-631-00285-8 | | | |
| | INTEREST ASSESSED 20083508 | 1,228.52 | | 09-08-2008 |
| | FAILURE TO PAY TAX PENALTY 20083508 | 820.33 | | 09-08-2008 |
| 08-13-2008 | AMENDED RETURN FILED 49277-628-04073-8 | | | |
| 05-18-2009 | CDP LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)           PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

IGNACIO T VERA & JOSEFINA BANDERA V    EIN/SSN: Redacted 5387
                                                 3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2006


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
--------------------------------------------------------------------------

07-03-2009 NOTICE OF FEDERAL TAX
           LIEN FILED

07-09-2009 LIEN FILING COLLECTION
           DUE PROCESS NOTICE ISSUED

09-25-2009

01-21-2012 AMENDED RETURN FILED
           89277-462-07817-2

           ADDITIONAL TAX ASSESSED                    0.00        04-09-2012
           49254-475-05244-2  20121305

05-31-2012 AMENDED RETURN FILED
           89277-617-89097-2

09-04-2012

05-31-2012 AMENDED RETURN FILED
           89277-650-57129-2

09-18-2012

09-08-2008 LATE FILING PENALTY            185.26-
           ABATED

FORM 4340  (REV. 01-2002)          PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

IGNACIO T VERA & JOSEFINA BANDERA V    EIN/SSN: Redacted-5387
                                                -3250

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
|  | LATE FILING PENALTY 20083508 | 185.26 | | 09-08-2008 |
| 04-15-2007 | WITHHOLDING CREDIT | | 28.00 | |
| 06-16-2014 | PRIOR TAX ABATED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 49247-542-31229-4 | 713.00- | | |
| 04-17-2017 | INITIAL LEVY ISSUED | | | |
| 09-08-2008 | Statutory Notice of Balance Due | | | |
| 01-19-2009 | Notice of Balance Due | | | |
| 02-23-2009 | Statutory Notice of Intent to Levy | | | |
| 06-16-2014 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

IGNACIO T VERA & JOSEFINA BANDERA V      EIN/SSN:  Redacte 3387
                                                   3250

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2006

BALANCE        13,396.68

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:____Rosemarie Young

TITLE:____Chief, Accounting Operations

DELEGATION ORDER:____WI-11-5

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 07/25/2018

FORM 4340  (REV. 01-2002)          PAGE    4

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: July 25, 2018

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Ignacio Vera and Josefina Bandera Ver, Social Security Numbers: Redacted 3387 and Redacted 3250, respectively, covering United States Individual Income Tax Return Form: 1040 for the period ending December 31, 2007, consisting of 3 pages.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Rosemarie Young
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

IGNACIO VERA & JOSEFINA BANDERA VER      EIN/SSN:  Redacted 6387
                                                             3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
|  | ADJUSTED GROSS INCOME 9,781.00 |  |  |  |
|  | SELF EMPLOYMENT TAX 1,487.00 |  |  |  |
| 01-21-2012 | RETURN FILED & TAX ASSESSED 18221-049-03309-2  201215 | 1,487.00 |  | 04-23-2012 |
| 04-15-2008 | EARNED INCOME CREDIT |  | 368.00 |  |
|  | ESTIMATED TAX PENALTY 20121505 | 51.00 |  | 04-23-2012 |
|  | LATE FILING PENALTY 20121505 | 251.77 |  | 04-23-2012 |
|  | FAILURE TO PAY TAX PENALTY 20121505 | 274.15 |  | 04-23-2012 |
|  | INTEREST ASSESSED 20121505 | 249.00 |  | 04-23-2012 |
| 06-18-2012 | CDP LEVY NOTICE ISSUED |  |  |  |
| 06-18-2012 | CDP LEVY NOTICE ISSUED |  |  |  |
| 06-22-2012 | NOTICE OF FEDERAL TAX LIEN FILED |  |  |  |
| 06-28-2012 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED |  |  |  |
| 05-31-2012 | AMENDED RETURN FILED 89277-619-00718-2 |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

IGNACIO VERA & JOSEFINA BANDERA VER      EIN/SSN:  Redacte 5387
                                                           3250

TYPE OF TAX:  U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|---------------------------|-------------------------------------|----------------------------|-----------------|
| 09-18-2012 | | | | |
| | ADDITIONAL TAX ASSESSED 89254-596-09479-3  20132905 | | 0.00 | 08-05-2013 |
| 03-09-2017 | INITIAL LEVY ISSUED | | | |
| 04-17-2017 | INITIAL LEVY ISSUED | | | |
| 01-12-2009 | Taxpayer Delinquency Notice | | | |
| 01-12-2009 | Taxpayer Delinquency Notice | | | |
| 04-23-2012 | Statutory Notice of Balance Due | | | |
| 05-14-2012 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)               PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

IGNACIO VERA & JOSEFINA BANDERA VER       EIN/SSN: Redacted 5387
                                                         -3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2007
--------------------------------------------------------------------


BALANCE        1,944.92

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME: _____Rosemarie Young_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 07/25/2018

FORM 4340  (REV. 01-2002)            PAGE    3

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: **July 25, 2018**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certification of Assessments, Payments, and Other Specified Matters for Ignacio Vera and Josefina Bandera Ver, Social Security Numbers: Redacted 3387 and Redacted 3250, respectively, covering United States Individual Income Tax Return Form: 1040 for the period ending December 31, 2008, consisting of 3 pages.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

**Rosemarie Young**
**Chief, Accounting Operations**

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

IGNACIO VERA & JOSEFINA BANDERA VER    EIN/SSN: Redacted 3387
                                                        3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008

|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS (REVERSAL) | CREDIT (REVERSAL) | DATE |

--------------------------------------------------------------------------------

|  |  |  |  |  |
|---|---|---|---|---|
|  | ADJUSTED GROSS INCOME    11,564.00 |  |  |  |
|  | SELF EMPLOYMENT TAX    1,758.00 |  |  |  |
| 01-21-2012 | RETURN FILED & TAX ASSESSED 18221-049-03246-2  201216 | 1,758.00 |  | 04-30-2012 |
| 04-15-2009 | REFUNDABLE CREDIT |  | 600.00 |  |
| 04-15-2009 | EARNED INCOME CREDIT |  | 329.00 |  |
|  | LATE FILING PENALTY 20121605 | 186.52 |  | 04-30-2012 |
|  | FAILURE TO PAY TAX PENALTY 20121605 | 155.36 |  | 04-30-2012 |
|  | INTEREST ASSESSED 20121605 | 121.96 |  | 04-30-2012 |
| 08-03-2012 | NOTICE OF FEDERAL TAX LIEN FILED |  |  |  |
| 08-27-2012 | FEES AND COLLECTION COSTS | 64.00 |  |  |
| 05-31-2012 | AMENDED RETURN FILED 89277-619-00899-2 |  |  |  |
| 08-07-2012 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED |  |  |  |
| 05-31-2012 |  |  |  |  |
| 05-31-2012 | AMENDED RETURN FILED 28277-635-64346-2 |  |  |  |

FORM 4340  (REV. 01-2002)          PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

IGNACIO VERA & JOSEFINA BANDERA VER     EIN/SSN: Redacted 5587
                                                          3250

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 09-18-2012 | | | | |
| | ADDITIONAL TAX ASSESSED 28254-434-05971-4  20140605 | | 0.00 | 02-24-2014 |
| 02-23-2017 | CDP LEVY NOTICE ISSUED | | | |
| 02-23-2017 | CDP LEVY NOTICE ISSUED | | | |
| 03-20-2017 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 03-20-2017 | CDP LEVY NOTICE REFUSED OR UNCLAIMED | | | |
| 04-17-2017 | INITIAL LEVY ISSUED | | | |
| 12-21-2009 | Taxpayer Deliquency Notice | | | |
| 04-30-2012 | Statutory Notice of Balance Due | | | |
| 05-21-2012 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)          PAGE   2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

IGNACIO VERA & JOSEFINA BANDERA VER      EIN/SSN: Redacted 3387
                                                  3250


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008
------------------------------------------------------------------------


BALANCE        1,354.84

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


                                    ------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Rosemarie Young_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 07/25/2018

FORM 4340  (REV. 01-2002)              PAGE    3



# Internal Revenue Service
## United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

|  |  |
|---|---|
| Request Date: | 07-03-2018 |
| Response Date: | 07-03-2018 |
| Tracking Number: | 100395921635 |

FORM NUMBER:     1040A

TAX PERIOD:      Dec. 31, 2002

TAXPAYER IDENTIFICATION NUMBER:        Redacte-3387

SPOUSE TAXPAYER IDENTIFICATION NUMBER:        3250

IGNACIO T VERA

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 81,688.91 | |
| ACCRUED INTEREST: | 28,846.50 | AS OF: Jul. 16, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jul. 16, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                110,535.41

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 02 |
| FILING STATUS: | Married Filing Separate |
| ADJUSTED GROSS INCOME: | 130,337.00 |
| TAXABLE INCOME: | 116,487.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 84,900.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 14,208.00 |

**Government Exhibit 2**

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)        Jan. 14, 2005

PROCESSING DATE                                                    Feb. 07, 2005

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|

| 150 | Substitute tax return prepared by IRS | | 02-07-2005 | $0.00 |
|-----|---------------------------------------|--|------------|-------|
| n/a | 49210-888-00000-5 | | | |
| 140 | Inquiry for non-filing of tax return | | 03-30-2004 | $0.00 |
| 595 | Account referred for review | | 02-07-2005 | $0.00 |
| 570 | Additional account action pending | | 02-07-2005 | $0.00 |
| 420 | Examination of tax return | | 01-27-2005 | $0.00 |
| 170 | Penalty for not pre-paying tax<br>09-08-2018 | 20083508 | 09-08-2008 | $1,629.79 |
| 160 | Penalty for filing tax return after the due date<br>09-08-2018 | 20083508 | 09-08-2008 | $8,671.97 |
| 300 | Additional tax assessed by examination<br>09-08-2018 | 20083508 | 09-08-2008 | $48,771.00 |
| n/a | 49247-631-00282-8 | | | |
| 421 | Closed examination of tax return | | 09-08-2008 | $0.00 |
| 336 | Interest charged for late payment | 20083508 | 09-08-2008 | $23,778.68 |
| 276 | Penalty for late payment of tax | 20083508 | 09-08-2008 | $12,192.75 |
| 971 | Notice issued<br>CP 0022 | | 09-08-2008 | $0.00 |
| 977 | Amended return filed | | 08-13-2008 | $0.00 |
| n/a | 49277-628-04079-8 | | | |
| 971 | Tax period blocked from automated levy program | | 05-18-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | | 05-18-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-03-2009 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-27-2009 | $64.00 |
| 971 | Issued notice of lien filing and right to<br>Collection Due Process hearing | | 07-09-2009 | $0.00 |
| 530 | Balance due account currently not collectable | | 09-25-2009 | $0.00 |
| 537 | Account currently considered collectable | | 10-11-2010 | $0.00 |
| 706 | Credit transferred in from<br>1040 201012 | | 04-15-2011 | -$1,911.78 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 01-21-2012 | $0.00 |
| 977 | Amended return filed | | 01-21-2012 | $0.00 |
| n/a | 89277-462-06121-2 | | | |
| 290 | Disallowed claim<br>00-00-0000 | 20121205 | 04-02-2012 | $0.00 |
| n/a | 49254-469-98100-2 | | | |
| 971 | Notice issued<br>CP 0055 | | 04-02-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |
| n/a | 89277-619-01349-2 | | | |
| 530 | Balance due account currently not collectable | | 09-18-2012 | $0.00 |

| 420 | Examination of tax return | 02-22-2013 | $0.00 |
| 161 | Reduced or removed penalty for filing tax return after the due date | 09-08-2008 | -$2,301.51 |
| 163 | Penalty for filing tax return after the due date 20083508 | 09-08-2008 | $2,301.51 |
| 301 | Reduced or removed prior tax assessed by Exam | 05-19-2014 | -$9,206.00 |
| n/a | 49247-515-30934-4 | | |
| 421 | Closed examination of tax return | 05-19-2014 | $0.00 |
| 277 | Reduced or removed penalty for late payment of tax | 05-19-2014 | -$2,301.50 |
| 971 | Notice issued CP 0021 | 05-19-2014 | $0.00 |
| 537 | Account currently considered collectable | 03-16-2015 | $0.00 |
| 971 | First Levy Issued on Module | 03-09-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data


# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |

# Account Transcript

Request Date:      07-03-2018
Response Date:     07-03-2018
Tracking Number:   100395921635

FORM NUMBER:     1040A
TAX PERIOD:      Dec. 31, 2003

TAXPAYER IDENTIFICATION NUMBER:          Redacted 3387
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   3250

IGNACIO T VERA

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                    210,594.26
ACCRUED INTEREST:                    90,527.87  AS OF: Jul. 16, 2018
ACCRUED PENALTY:                          0.00  AS OF: Jul. 16, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      301,122.13

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                  01
FILING STATUS:           Married Filing Separate
ADJUSTED GROSS INCOME:            300,200.00
TAXABLE INCOME:                   295,450.00
TAX PER RETURN:                        0.00
SE TAXABLE INCOME TAXPAYER:        87,000.00
SE TAXABLE INCOME SPOUSE:              0.00
TOTAL SELF EMPLOYMENT TAX:         19,083.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Feb. 12, 2008
PROCESSING DATE                                                  Mar. 03, 2008

| TRANSACTIONS |

CODE EXPLANATION OF TRANSACTION            CYCLE  DATE            AMOUNT

| 150 | Substitute tax return prepared by IRS | | 03-03-2008 | $0.00 |
|-----|---------------------------------------|---|------------|-------|
| n/a | 49210-888-00000-8 | | | |
| 140 | Inquiry for non-filing of tax return | | 11-22-2004 | $0.00 |
| 570 | Additional account action pending | | 03-03-2008 | $0.00 |
| 420 | Examination of tax return | | 02-21-2008 | $0.00 |
| 170 | Penalty for not pre-paying tax<br>09-08-2018 | 20083508 | 09-08-2008 | $2,840.57 |
| 160 | Penalty for filing tax return after the due date<br>09-08-2018 | 20083508 | 09-08-2008 | $24,771.15 |
| 300 | Additional tax assessed by examination<br>09-08-2018 | 20083508 | 09-08-2008 | $110,094.00 |
| n/a | 49247-631-00283-8 | | | |
| 421 | Closed examination of tax return | | 09-08-2008 | $0.00 |
| 336 | Interest charged for late payment | 20083508 | 09-08-2008 | $45,365.04 |
| 276 | Penalty for late payment of tax | 20083508 | 09-08-2008 | $27,523.50 |
| 971 | Notice issued<br>CP 0022 | | 09-08-2008 | $0.00 |
| 977 | Amended return filed | | 08-13-2008 | $0.00 |
| n/a | 49277-628-04077-8 | | | |
| 971 | Tax period blocked from automated levy program | | 05-18-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | | 05-18-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-03-2009 | $0.00 |
| 971 | Issued notice of lien filing and right to<br>Collection Due Process hearing | | 07-09-2009 | $0.00 |
| 530 | Balance due account currently not collectable | | 09-25-2009 | $0.00 |
| 537 | Account currently considered collectable | | 10-11-2010 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 01-21-2012 | $0.00 |
| 977 | Amended return filed | | 01-21-2012 | $0.00 |
| n/a | 89277-462-05439-2 | | | |
| 290 | Disallowed claim<br>00-00-0000 | 20121205 | 04-02-2012 | $0.00 |
| n/a | 49254-469-98101-2 | | | |
| 971 | Notice issued<br>CP 0055 | | 04-02-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |
| n/a | 89277-619-00716-2 | | | |
| 470 | Claim pending | | 09-04-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |
| n/a | 89277-650-57132-2 | | | |

| 530 | Balance due account currently not collectable | | 09-18-2012 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20133305 | 09-02-2013 | $0.00 |
| n/a | 89254-626-09563-3 | | | |
| 537 | Account currently considered collectable | | 03-16-2015 | $0.00 |
| 971 | First Levy Issued on Module | | 03-09-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

| | |
|---|---|
| Request Date: | 07-03-2018 |
| Response Date: | 07-03-2018 |
| Tracking Number: | 100395921635 |

FORM NUMBER:     1040A
TAX PERIOD:      Dec. 31, 2004

TAXPAYER IDENTIFICATION NUMBER:          Redacted-3387
SPOUSE TAXPAYER IDENTIFICATION NUMBER:        -3250

IGNACIO T VERA

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 6,635.39 | |
| ACCRUED INTEREST: | 2,852.34 | AS OF: Jul. 16, 2018 |
| ACCRUED PENALTY: | 166.41 | AS OF: Jul. 16, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          9,654.14

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Married Filing Separate |
| ADJUSTED GROSS INCOME: | 17,376.00 |
| TAXABLE INCOME: | 9,426.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 17,266.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 2,642.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Feb. 12, 2008 |
| PROCESSING DATE | Mar. 03, 2008 |

TRANSACTIONS

**CODE EXPLANATION OF TRANSACTION          CYCLE  DATE          AMOUNT**

| 150 | Substitute tax return prepared by IRS | | 03-03-2008 | $0.00 |
|-----|---------------------------------------|--|------------|-------|
| n/a | 49210-888-00000-8 | | | |
| 140 | Inquiry for non-filing of tax return | | 05-02-2006 | $0.00 |
| 595 | Account referred for review | | 03-03-2008 | $0.00 |
| 570 | Additional account action pending | | 03-03-2008 | $0.00 |
| 420 | Examination of tax return | | 02-21-2008 | $0.00 |
| 170 | Penalty for not pre-paying tax 09-08-2018 | 20083508 09-08-2008 | | $106.00 |
| 160 | Penalty for filing tax return after the due date 09-08-2018 | 20083508 09-08-2008 | | $832.05 |
| 300 | Additional tax assessed by examination 09-08-2018 | 20083508 09-08-2008 | | $3,698.00 |
| n/a | 49247-631-00284-8 | | | |
| 421 | Closed examination of tax return | | 09-08-2008 | $0.00 |
| 336 | Interest charged for late payment | 20083508 09-08-2008 | | $1,241.25 |
| 276 | Penalty for late payment of tax | 20083508 09-08-2008 | | $758.09 |
| 971 | Notice issued CP 0022 | | 09-08-2008 | $0.00 |
| 977 | Amended return filed | | 08-13-2008 | $0.00 |
| n/a | 49277-628-04074-8 | | | |
| 971 | Tax period blocked from automated levy program | | 05-18-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 05-18-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-03-2009 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-09-2009 | $0.00 |
| 530 | Balance due account currently not collectable | | 09-25-2009 | $0.00 |
| 537 | Account currently considered collectable | | 10-11-2010 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 01-21-2012 | $0.00 |
| 977 | Amended return filed | | 01-21-2012 | $0.00 |
| n/a | 89277-462-06831-2 | | | |
| 290 | Disallowed claim 00-00-0000 | 20121205 04-02-2012 | | $0.00 |
| n/a | 49254-469-98102-2 | | | |
| 971 | Notice issued CP 0055 | | 04-02-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |
| n/a | 89277-619-01350-2 | | | |
| 470 | Claim pending | | 09-04-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |

| n/a | 89277-650-57131-2 | | |
|-----|-----|-----|-----|
| 530 | Balance due account currently not collectable | 09-18-2012 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Account Transcript

|  |  |
| --- | --- |
| Request Date: | 07-03-2018 |
| Response Date: | 07-03-2018 |
| Tracking Number: | 100395921635 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2005

TAXPAYER IDENTIFICATION NUMBER:        Redacted 3387

SPOUSE TAXPAYER IDENTIFICATION NUMBER:        -3250

IGNACIO VERA & JOSEFINA BANDERA VER

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| ACCOUNT BALANCE: | 2,597.67 |  |
| --- | --- | --- |
| ACCRUED INTEREST: | 616.27 | AS OF: Jul. 16, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: Jul. 16, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        3,213.94

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| EXEMPTIONS: | 02 |
| --- | --- |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 10,054.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 1,529.00 |
| SE TAXABLE INCOME TAXPAYER: | 9,991.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 1,529.00 |

| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jan. 21, 2012 |
| --- | --- |
| PROCESSING DATE | Apr. 16, 2012 |

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |

| 150 | Tax return filed | 20121405 | 04-16-2012 | $1,529.00 |
| n/a | 18221-049-03245-2 | | | |
| 768 | Earned income credit | | 04-15-2006 | -$281.00 |
| 170 | Penalty for not pre-paying tax<br>04-16-2022 | 20121405 | 04-16-2012 | $50.00 |
| 166 | Penalty for filing tax return after the due date<br>04-16-2022 | 20121405 | 04-16-2012 | $280.80 |
| 276 | Penalty for late payment of tax | 20121405 | 04-16-2012 | $312.00 |
| 196 | Interest charged for late payment | 20121405 | 04-16-2012 | $578.87 |
| 971 | Notice issued<br>CP 0014 | | 04-16-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | | 06-18-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | | 06-18-2012 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-22-2012 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-16-2012 | $128.00 |
| 971 | Issued notice of lien filing and right to<br>Collection Due Process hearing | | 06-26-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |
| n/a | 89277-617-89940-2 | | | |
| 470 | Claim pending | | 09-04-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |
| n/a | 89277-650-57130-2 | | | |
| 530 | Balance due account currently not collectable | | 09-18-2012 | $0.00 |
| 472 | Resolved claim | | 08-20-2013 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20140705 | 03-03-2014 | $0.00 |
| n/a | 89254-441-07826-4 | | | |
| 537 | Account currently considered collectable | | 03-16-2015 | $0.00 |
| 971 | First Levy Issued on Module | | 03-09-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 04-17-2017 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

## Account Transcript

|  |  |
| --- | --- |
| Request Date: | 07-03-2018 |
| Response Date: | 07-03-2018 |
| Tracking Number: | 100395921635 |

FORM NUMBER:      1040A
TAX PERIOD:       Dec. 31, 2006

TAXPAYER IDENTIFICATION NUMBER:      Redacted-3387
SPOUSE TAXPAYER IDENTIFICATION NUMBER:      -3250

IGNACIO T VERA & JOSEFINA BANDERA V

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| ACCOUNT BALANCE: | 13,396.68 |  |
| --- | --- | --- |
| ACCRUED INTEREST: | 5,621.15 | AS OF: Jul. 16, 2018 |
| ACCRUED PENALTY: | 1,407.17 | AS OF: Jul. 16, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      20,425.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| EXEMPTIONS: | 02 |
| --- | --- |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 54,298.00 |
| TAXABLE INCOME: | 37,398.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 33,071.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 5,060.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Feb. 12, 2008
PROCESSING DATE      Mar. 03, 2008

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |

| 150 | Substitute tax return prepared by IRS | | 03-03-2008 | $0.00 |
|---|---|---|---|---|
| n/a | 49210-888-00000-8 | | | |
| 140 | Inquiry for non-filing of tax return | | 11-26-2007 | $0.00 |
| 595 | Account referred for review | | 03-03-2008 | $0.00 |
| 570 | Additional account action pending | | 03-03-2008 | $0.00 |
| 420 | Examination of tax return | | 02-21-2008 | $0.00 |
| 170 | Penalty for not pre-paying tax<br>09-08-2018 | 20083508 | 09-08-2008 | $451.61 |
| 160 | Penalty for filing tax return after the due date<br>09-08-2018 | 20083508 | 09-08-2008 | $1,986.22 |
| 806 | W-2 or 1099 withholding | | 04-15-2007 | -$973.00 |
| 300 | Additional tax assessed by examination<br>09-08-2018 | 20083508 | 09-08-2008 | $10,624.00 |
| n/a | 49247-631-00285-8 | | | |
| 421 | Closed examination of tax return | | 09-08-2008 | $0.00 |
| 336 | Interest charged for late payment | 20083508 | 09-08-2008 | $1,228.52 |
| 276 | Penalty for late payment of tax | 20083508 | 09-08-2008 | $820.33 |
| 971 | Notice issued<br>CP 0022 | | 09-08-2008 | $0.00 |
| 977 | Amended return filed | | 08-13-2008 | $0.00 |
| n/a | 49277-628-04073-8 | | | |
| 971 | Tax period blocked from automated levy program | | 05-18-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | | 05-18-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-03-2009 | $0.00 |
| 971 | Issued notice of lien filing and right to<br>Collection Due Process hearing | | 07-09-2009 | $0.00 |
| 530 | Balance due account currently not collectable | | 09-25-2009 | $0.00 |
| 537 | Account currently considered collectable | | 10-11-2010 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 01-21-2012 | $0.00 |
| 977 | Amended return filed | | 01-21-2012 | $0.00 |
| n/a | 89277-462-07817-2 | | | |
| 290 | Additional tax assessed<br>00-00-0000 | 20121305 | 04-09-2012 | $0.00 |
| n/a | 49254-475-05244-2 | | | |
| 971 | Amended tax return or claim forwarded for<br>processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |
| n/a | 89277-617-89097-2 | | | |
| 470 | Claim pending | | 09-04-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |

| n/a | 89277-650-57129-2 | | |
|-----|-------------------|---|---|
| 530 | Balance due account currently not collectable | 09-18-2012 | $0.00 |
| 420 | Examination of tax return | 06-07-2013 | $0.00 |
| 161 | Reduced or removed penalty for filing tax return after the due date | 09-08-2008 | -$185.26 |
| 163 | Penalty for filing tax return after the due date 20083508 | 09-08-2008 | $185.26 |
| 806 | W-2 or 1099 withholding | 04-15-2007 | -$28.00 |
| 301 | Reduced or removed prior tax assessed by Exam | 06-16-2014 | -$713.00 |
| n/a | 49247-542-31229-4 | | |
| 421 | Closed examination of tax return | 06-16-2014 | $0.00 |
| 971 | Notice issued CP 0021 | 06-16-2014 | $0.00 |
| 537 | Account currently considered collectable | 03-16-2015 | $0.00 |
| 971 | First Levy Issued on Module | 04-17-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date:      07-03-2018
Response Date:     07-03-2018
Tracking Number:   100395921635

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER:          Redacted 3387
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   3250

IGNACIO VERA & JOSEFINA BANDERA VER

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                    1,944.92
ACCRUED INTEREST:                     460.93   AS OF: Jul. 16, 2018
ACCRUED PENALTY:                        5.60   AS OF: Jul. 16, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      2,411.45

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                               02
FILING STATUS:              Married Filing Joint
ADJUSTED GROSS INCOME:              9,781.00
TAXABLE INCOME:                         0.00
TAX PER RETURN:                     1,487.00
SE TAXABLE INCOME TAXPAYER:         9,719.00
SE TAXABLE INCOME SPOUSE:               0.00
TOTAL SELF EMPLOYMENT TAX:          1,487.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     Jan. 21, 2012
PROCESSING DATE                                                  Apr. 23, 2012

TRANSACTIONS

CODE EXPLANATION OF TRANSACTION          CYCLE   DATE          AMOUNT

| 150 | Tax return filed | 20121505 04-23-2012 | $1,487.00 |
|---|---|---|---|
| n/a | 18221-049-03309-2 | | |
| 140 | Inquiry for non-filing of tax return | 11-24-2008 | $0.00 |
| 971 | Notice issued<br>CP 0059 | 01-12-2009 | $0.00 |
| 599 | Tax return secured | 02-08-2012 | $0.00 |
| 768 | Earned income credit | 04-15-2008 | -$368.00 |
| 170 | Penalty for not pre-paying tax<br>04-23-2022 | 20121505 04-23-2012 | $51.00 |
| 166 | Penalty for filing tax return after the due date<br>04-23-2022 | 20121505 04-23-2012 | $251.77 |
| 276 | Penalty for late payment of tax | 20121505 04-23-2012 | $274.15 |
| 196 | Interest charged for late payment | 20121505 04-23-2012 | $249.00 |
| 971 | Notice issued<br>CP 0014 | 04-23-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | 06-18-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | 06-18-2012 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 06-22-2012 | $0.00 |
| 971 | Issued notice of lien filing and right to<br>Collection Due Process hearing | 06-28-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | 05-31-2012 | $0.00 |
| 977 | Amended return filed | 05-31-2012 | $0.00 |
| n/a | 89277-619-00718-2 | | |
| 530 | Balance due account currently not collectable | 09-18-2012 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20132905 08-05-2013 | $0.00 |
| n/a | 89254-596-09479-3 | | |
| 537 | Account currently considered collectable | 03-16-2015 | $0.00 |
| 971 | First Levy Issued on Module | 03-09-2017 | $0.00 |
| 971 | First Levy Issued on Module | 04-17-2017 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
## United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

Request Date: 07-03-2018
Response Date: 07-03-2018
Tracking Number: 100395921635

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER: 3387
SPOUSE TAXPAYER IDENTIFICATION NUMBER: 3250

IGNACIO VERA & JOSEFINA BANDERA VER

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 1,354.84
ACCRUED INTEREST: 319.36 AS OF: Jul. 16, 2018
ACCRUED PENALTY: 53.89 AS OF: Jul. 16, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount): 1,728.09

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 02
FILING STATUS: Married Filing Joint
ADJUSTED GROSS INCOME: 11,564.00
TAXABLE INCOME: 0.00
TAX PER RETURN: 1,758.00
SE TAXABLE INCOME TAXPAYER: 11,491.00
SE TAXABLE INCOME SPOUSE: 0.00
TOTAL SELF EMPLOYMENT TAX: 1,758.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jan. 21, 2012
PROCESSING DATE Apr. 30, 2012

| TRANSACTIONS |
|---|

**CODE EXPLANATION OF TRANSACTION**     **CYCLE DATE**     **AMOUNT**

| 150 | Tax return filed | 20121605 | 04-30-2012 | $1,758.00 |
|---|---|---|---|---|
| n/a | 18221-049-03246-2 | | | |
| 140 | Inquiry for non-filing of tax return | | 11-30-2009 | $0.00 |
| 971 | Notice issued<br>CP 0059 | | 12-21-2009 | $0.00 |
| 599 | Tax return secured | | 02-08-2012 | $0.00 |
| 766 | Tax relief credit | | 04-15-2009 | -$600.00 |
| 768 | Earned income credit | | 04-15-2009 | -$329.00 |
| 166 | Penalty for filing tax return after the due date<br>04-30-2022 | 20121605 | 04-30-2012 | $186.52 |
| 276 | Penalty for late payment of tax | 20121605 | 04-30-2012 | $153.36 |
| 196 | Interest charged for late payment | 20121605 | 04-30-2012 | $121.96 |
| 971 | Notice issued<br>CP 0014 | | 04-30-2012 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 08-03-2012 | $0.00 |
| 360 | Fees and other expenses for collection | | 08-27-2012 | $64.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |
| n/a | 89277-619-00899-2 | | | |
| 971 | Issued notice of lien filing and right to<br>Collection Due Process hearing | | 08-07-2012 | $0.00 |
| 470 | Claim pending | | 05-31-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for<br>processing | | 05-31-2012 | $0.00 |
| 977 | Amended return filed | | 05-31-2012 | $0.00 |
| n/a | 28277-635-64346-2 | | | |
| 530 | Balance due account currently not collectable | | 09-18-2012 | $0.00 |
| 472 | Resolved claim | | 04-04-2013 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20140605 | 02-24-2014 | $0.00 |
| n/a | 28254-434-05971-4 | | | |
| 537 | Account currently considered collectable | | 03-16-2015 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | | 02-23-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- issued | | 02-23-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- refused or unclaimed | | 03-20-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy<br>-- refused or unclaimed | | 03-20-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 04-17-2017 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```

2009-0C2918

3592

| Form 668 (Y)(c)<br>(Rev. February 2004) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br><br>561616509 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  IGNACIO T VERA

Residence          19347 PICKERING RD
                   CONROE, TX 77302-6389

**Government Exhibit**

3

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-3387 | 09/08/2008 | 10/08/2018 | 97345.70 |
| 1040 | 12/31/2003 | XXX-XX-3387 | 09/08/2008 | 10/08/2018 | 210594.26 |
| 1040 | 12/31/2004 | XXX-XX-3387 | 09/08/2008 | 10/08/2018 | 6635.39 |
| 1040 | 12/31/2006 | XXX-XX-3387 | 09/08/2008 | 10/08/2018 | 14322.94 |

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this Instrument was filed in File Number Sequence on the date and at the time stamped herein by me and was duly RECORDED in the Official Public Records of Real Property at Montgomery County, Texas.

FILED FOR RECORD

2009 JUL 15 PM 3: 20

*Mark Turnball*
COUNTY CLERK
MONTGOMERY COUNTY, TEXAS

JUL 15 2009

*Mark Turnball*
County Clerk
Montgomery County, Texas

| Place of Filing | COUNTY CLERK<br>MONTGOMERY COUNTY<br>CONROE, TX 77301 | Total $ | 328898.29 |
|---|---|---|---|

This notice was prepared and signed at      NASHVILLE, TN                          , on this,

the   30th   day of   June   ,  2009 .

| Signature<br>*R. A. Mitchell*<br>for THERESA HARLEY | Title<br>ACS<br>(800) 829-3903 | 25-00-0008 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Y)(c)**
(Rev. February 2004)

3592

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 875111712 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



Name of Taxpayer IGNACIO VERA & J BANDERA VERA

Residence      19347 PICKERING RD
               CONROE, TX 77302-6389

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-3387 | 04/16/2012 | 05/16/2022 | 2469.67 |

Place of Filing

COUNTY CLERK
MONTGOMERY COUNTY          Total | $          2469.67
CONROE, TX 77301

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___14th___ day of ___June___ , ___2012___ .

| Signature for NEDERA WRIGHT | Title REVENUE OFFICER (713) 209-5442 | 25-03-2406 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - Internal Revenue Service TDA Copy

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| **Form 668 (Y)(c)** | 3592 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>876038912 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

P1145-201206957 6-2

Name of Taxpayer  IGNACIO VERA & J BANDERA VERA

Residence       19347 PICKERING RD
                CONROE, TX 77302-6389

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-3387 | 04/23/2012 | 05/23/2022 | 1944.92 |

| Place of Filing | COUNTY CLERK<br>MONTGOMERY COUNTY<br>CONROE, TX 77301 | Total | $ | 1944.92 |
|---|---|---|---|---|

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the ___19th___ day of ___June___ , ___2012___ .

| Signature                      for NEDERA WRIGHT | Title REVENUE OFFICER<br>(713) 209-5442 | 25-03-2406 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

**Form 668 (Y)(c)**
(Rev. February 2004)

3592

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>884341112 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.



Name of Taxpayer IGNACIO VERA & J BANDERA VERA

Residence      19347 PICKERING RD
CONROE, TX 77302-6389

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-3387 | 04/30/2012 | 05/30/2022 | 1290.84 |

| Place of Filing | COUNTY CLERK<br>MONTGOMERY COUNTY<br>CONROE, TX 77301 | | Total | $ | 1290.84 |
|---|---|---|---|---|---|

This notice was prepared and signed at ___NASHVILLE, TN___ , on this,

the ___26th___ day of ___July___ , ___2012___ .

| Signature<br><br>for NEDERA WRIGHT | Title<br>REVENUE OFFICER<br>(713) 209-5442 | 25-03-2406 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1 U.S. Government
Plaintiff

❏ 3 Federal Question
*(U.S. Government Not a Party)*

❏ 2 U.S. Government
Defendant

❏ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only) and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | | 28 USC 157 | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 470 Racketeer Influenced and |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 840 Trademark | Corrupt Organizations |
| Student Loans | ❏ 340 Marine | Injury Product | | | ❏ 480 Consumer Credit |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | | **LABOR** | ❏ 490 Cable/Sat TV |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | Act | ❏ 862 Black Lung (923) | Exchange |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | Relations | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 751 Family and Medical | | ❏ 895 Freedom of Information |
| | ❏ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ❏ 790 Other Labor Litigation | | ❏ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ❏ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | ❏ 950 Constitutionality of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1 Original
Proceeding

❏ 2 Removed from
State Court

❏ 3 Remanded from
Appellate Court

❏ 4 Reinstated or
Reopened

❏ 5 Transferred from
Another District
*(specify)*

❏ 6 Multidistrict
Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

 **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

 **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**   **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.