# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION H-18-3032 |
| IGNACIO VERA, JOSEFINA VERA, *and* PREMIER PLASTERING SUPPLY, LTD., | § § § § | |
| Defendants. | § § | |

## ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 25. The M&R recommended granting the Government's motion for default judgment against defendants Ignacio and Josefina Vera (Dkt. 20) and Premier Plastering Supply, Ltd. ("Premier") (Dkt. 21).

Objections to the M&R were due on March 21, 2019, but no defendants have filed objections to date. *See* Dkt. 17. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the M&R, evidence in the record, motions, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 25). For the reasons stated in the M&R, the Government's motions for default judgment against Ignacio and Josefina Vera (Dkt. 20) and Premier (Dkt. 21) are GRANTED.

Signed at Houston, Texas on March 28, 2019.

_____
Gray H. Miller
Senior United States District Judge